WWR# 040329365

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MEGAN E KING,<br>　　　　　　　Debtor,<br><br>CITIZENS BANK, N.A.,<br>　　　　　　　Movant. | CASE NO.  18-18449-amc<br>CHAPTER 13<br><br>**Hearing Date: 05/07/2019**<br>**Hearing Time: 11:00 AM** |

REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the respondent:

1.  The Respondent/Debtor, has failed to make the post-petition payments that were due to Movant on the dates listed below and in the amounts listed below:

　　(a)　One (1) monthly post-petition payment of $369.41, due on 12/08/2018.

　　(b)　One (1) monthly post-petition payment of $369.41, due on 01/08/2019.

　　(c)　One (1) monthly post-petition payment of $369.41, due on 02/08/2019.

　　(d)　One (1) monthly post-petition payment of $369.41, due on 03/08/2019.

　　(e)　One (1) monthly post-petition payment of $369.41, due on 04/08/2019.

　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　/s/ Brian Langford
　　　　　　　　　　　　　　　　Brian Langford
　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　436 7th Avenue Ste 2500
　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　(412) 338-7102
　　　　　　　　　　　　　　　　Attorney for Movant