WWR# 040329365

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MEGAN E KING,<br>     Debtor,<br><br>CITIZENS BANK, N.A.,<br>     Movant. | CASE NO. 18-18449-amc<br>CHAPTER 13<br><br>**Hearing Date: 05/07/2019**<br>**Hearing Time: 11:00 AM** |

REQUEST FOR PRODUCTION OF DOCUMENTS

  Pursuant to F.R.C.P. 34, Movant hereby requests that the debtors produce for inspection by the undersigned attorney for the Movant the following:

1.  If you deny any or all of the subsections under Movant's Request for admission No. 1:

  (a) Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 12/08/2018-04/08/2019, was tendered to Movant.

2.  Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Debtor's Request for Admission Number 2.

            Respectfully Submitted,

            WELTMAN, WEINBERG & REIS CO., L.P.A.

              /s/ Brian Langford
              Brian Langford
              Weltman, Weinberg & Reis Co., L.P.A.
              436 7th Avenue Ste 2500
              Pittsburgh, PA 15219
              (412) 338-7102
              Attorney for Movant