WWR# 040329365

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MEGAN E KING,<br>　　　　　　　　Debtor,<br><br>CITIZENS BANK, N.A.,<br>　　　　　　　　Movant. | CASE NO. 18-18449-amc<br>CHAPTER 13<br><br>**Hearing Date: 05/07/2019**<br>**Hearing Time: 11:00 AM** |

## ORDER

AND NOW, this ⏑⏑ day of ⏑⏑⏑⏑⏑, 2019, upon failure of Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362 and 1301, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Dodge Journey VIN: 3C4PDDBG3ET161490 and to pursue the co-maker, Randal S. King, for repayment of the obligation to Movant.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

Movant's Counsel:
Brian Langford, 436 7th Avenue Ste 2500, Pittsburgh, PA 15219

United States Trustee:
Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Trustee:
WILLIAM C. MILLER, P.O. Box 1229, Philadelphia, PA 19105

Debtors Attorney:
BRAD J. SADEK, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107

Debtor:
Megan E King, 509 N Morton Avenue, Morton, PA 19070

Co-Debtor:
Randall S King, 509 N Morton Avenue, Morton, PA 19070