United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Megan E King  
    Debtor

Case No. 18-18449-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: May 09, 2019  
                Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
```
db             +Megan E King,    509 N Morton Avenue,    Morton, PA 19070-1101
cr             +Borough of Morton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Megan E King brad@sadeklaw.com,    bradsadek@gmail.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Morton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

WWR# 040329365

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MEGAN E KING,<br>　　　　　　Debtor,<br><br>CITIZENS BANK, N.A.,<br>　　　　　　Movant. | CASE NO. 18-18449-amc<br>CHAPTER 13<br><br>**Hearing Date: 05/07/2019**<br>**Hearing Time: 11:00 AM** |

**ORDER**

AND NOW, this ____ day of _____, 2019, upon failure of Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362 and 1301, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of one 2014 Dodge Journey VIN: 3C4PDDBG3ET161490 and to pursue the co-maker, Randal S. King, for repayment of the obligation to Movant.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

Movant's Counsel:
Brian Langford, 436 7th Avenue Ste 2500, Pittsburgh, PA 15219

United States Trustee:
Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Trustee:
WILLIAM C. MILLER, P.O. Box 1229, Philadelphia, PA 19105

Debtors Attorney:
BRAD J. SADEK, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107

Debtor:
Megan E King, 509 N Morton Avenue, Morton, PA 19070

Co-Debtor:
Randall S King, 509 N Morton Avenue, Morton, PA 19070