IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Megan E. King | : | Chapter 13 |
| | : | Case No.  18-18449AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Fees filed at Docket Number 38.

Dated:  July 2, 2019                                   /s/ Brad J. Sadek, Esquire
                                                                        Brad J. Sadek, Esquire
                                                                        Sadek and Cooper
                                                                        1315 Walnut Street, Suite 502
                                                                        Philadelphia, PA 19107
                                                                        215-545-0008