**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Megan E. King <br>　　　　　　　Debtor <br><br> PNC BANK NATIONAL ASSOCIATION <br>　　　　v. <br> Megan E. King　　　　Debtor <br><br> Randal S. King　　　　Co-Debtor <br><br> and William C. Miller Esq.　　Trustee | Chapter 13 <br><br> NO. 18-18449 AMC |

## ORDER

AND NOW, this 13th day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 24, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 509 North Morton Avenue Morton, PA 19070.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list