United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-18449-amc
Megan E King                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 1         Date Rcvd: Jan 13, 2020
                            Form ID: pdf900       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.
db          +Megan E King,   509 N Morton Avenue,   Morton, PA 19070-1101
cr          +Borough of Morton,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
              Norristown, PA 19404-3020
cr           ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jan 14 2020 09:29:17    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 09:28:54
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2020 09:29:03    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 09:40:57    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Megan E King brad@sadeklaw.com,   bradsadek@gmail.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank, N.A. PitEcf@weltman.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Morton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Megan E. King <br> _____Debtor_____ <br> PNC BANK NATIONAL ASSOCIATION <br> v. <br> Megan E. King          _Debtor_ <br> Randal S. King         _Co-Debtor_ <br> and William C. Miller Esq.    _Trustee_ | Chapter 13 <br><br> NO. 18-18449 AMC |

## ORDER

AND NOW, this 13th day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 24, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 509 North Morton Avenue Morton, PA 19070.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list