United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Megan E King  
    Debtor

Case No. 18-18449-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Mar 04, 2020  
                    Form ID: pdf900    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.

```
db            +Megan E King,    509 N Morton Avenue,    Morton, PA 19070-1101
14251788      +Aes/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14251790     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,     Po Box 982238,     El Paso, TX 79998)
14269900      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14299492      +Borough of Morton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14300445      +Borough of Morton,    c/o JAMES RANDOLPH WOOD,    Portnoff Law Associates, Ltd.,
                2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14274311      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14251792      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
14251793      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14263618      +Citizens Bank NA,    One Citizens Bank Way MailStop JCA115,    Johnston, RI 02919-1922
14408736       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14300388      +JAMES RANDOLPH WOOD,    Portnoff Law Associates, Ltd.,    2700 Horizon Drive, Ste. 100,
                King of Prussia, PA 19406,    Borough of Morton 19406-2726
14251795      +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14270743      +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14254034      +PNC BANK NATIONAL ASSOCIATION,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14272554      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14251796      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14251798      +Syncb/horizon Servic,    Po Box 965036,    Orlando, FL 32896-5036
14274910       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14271886       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
14251799      +Wells Fargo/Bob's Discount Furniture,    Po Box 14517,    Des Moines, IA 50306-3517
14251800      +Wf/home Pr,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:54      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:30
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:41      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:57:30      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14251789       E-mail/Text: ebn@americollect.com Mar 05 2020 03:51:36      Americollect,    Po Box 1566,
                1851 South Alverno Road,    Manitowoc, WI 54221
14254117       E-mail/Text: mrdiscen@discover.com Mar 05 2020 03:51:10      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14251794      +E-mail/Text: mrdiscen@discover.com Mar 05 2020 03:51:10      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14251791       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 05 2020 03:59:18      Chase Card Services,
                Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
14283198       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2020 03:57:53
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14251797      +E-mail/Text: clientservices@simonsagency.com Mar 05 2020 03:51:59      Simons Agency, Inc.,
                Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Borough of Morton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*            ECMC,    P.O. BOX  16408,    ST. PAUL, MN 55116-0408
14272180*      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Stacey               Page 2 of 2                   Date Rcvd: Mar 04, 2020
                               Form ID: pdf900            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Megan E King brad@sadeklaw.com, bradsadek@gmail.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor   Citizens Bank, N.A. PitEcf@weltman.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Morton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MEGAN E KING

Chapter 13

Debtor

Bankruptcy No. 18-18449-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 4, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
MEGAN E KING

509 N MORTON AVENUE

MORTON, PA 19070